```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37622
   GEORGIANNA WADE CHEARS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8641


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/08/2004 and was confirmed 12/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.59% from remaining funds.

     The case was paid in full 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED               500.00         24.01          500.00
AMERICAN GENERAL FINANCE  UNSECURED             2825.56          .00          468.68
CITIMORTGAGE INC          CURRENT MORTG            .00           .00             .00
GENERAL MOTORS ACCEPTANC  SECURED               8389.40        489.18         8389.40
RESURGENT ACQUISITION LL  UNSECURED OTH         4480.37          .00          743.11
ROUNDUP FUNDING LLC       UNSECURED             8004.59          .00         1327.72
ROUNDUP FUNDING LLC       UNSECURED             3729.33          .00          618.58
ROUNDUP FUNDING LLC       UNSECURED             5664.68          .00          939.60
CAPITAL ONE BANK          UNSECURED              539.73          .00           89.53
RESURGENT ACQUISITION LL  UNSECURED             2959.16          .00          490.84
ECAST SETTLEMENT CORP     UNSECURED             5575.23          .00          924.76
1ST NATIONAL BANK OF OMA  UNSECURED             6421.67          .00         1065.16
ECAST SETTLEMENT CORP     UNSECURED             2847.95          .00          472.39
ECAST SETTLEMENT CORP     UNSECURED             8990.12          .00         1491.19
MONEY MARKET PAYDAY EXPR  UNSECURED           NOT FILED          .00             .00
NATIONAL QUIK CASH        UNSECURED              351.25          .00           58.26
RESURGENT ACQUISITION LL  UNSECURED             2808.94          .00          465.92
WAL MART STORES INC       UNSECURED           NOT FILED          .00             .00
WAL MART STORES INC       NOTICE ONLY         NOT FILED          .00             .00
READY MONEY               UNSECURED           NOT FILED          .00             .00
WELLS FARGO FINANCIAL IL  UNSECURED             1036.69          .00          171.96
PETER FRANCIS GERACI      DEBTOR ATTY          2,200.00                      2,200.00
TOM VAUGHN                TRUSTEE                                            1,209.71
DEBTOR REFUND             REFUND                                                 7.83

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   22,147.83

PRIORITY                                                 .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 37622 GEORGIANNA WADE CHEARS

```
SECURED                                                        8,889.40
    INTEREST                                                     513.19
UNSECURED                                                      9,327.70
ADMINISTRATIVE                                                 2,200.00
TRUSTEE COMPENSATION                                           1,209.71
DEBTOR REFUND                                                      7.83
                                      ---------------    ---------------
TOTALS                                      22,147.83          22,147.83
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE











                        PAGE   2
        CASE NO. 04 B 37622 GEORGIANNA WADE CHEARS